Jamie Baskin
jbaskin@scottdoug.com
California State Bar No. 81542
Casey L. Dobson, Esq. (pro hac vice)
cdobson@scottdoug.com
S. Abraham Kuczaj, III, Esq. (pro hac vice)
akuczaj@scottdoug.com
John W. Gasink, Esq. (pro hac vice)
jgasink@scottdoug.com
Scott, Douglass & McConnico L.L.P.
303 Colorado Street, Suite 2400
Austin, Texas 78701
Tel.: 512-495-6300
Fax: 512-495-6399

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| IN re COUNTRYWIDE FINANCIAL CORP. MORTGAGE BACKED SECURITIES LITIGATION | Case No. 2:11-MDL-02265-MRP (MANx) <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Courtroom: 12 <br> Judge: Hon. Mariana R. Pfaelzer |
| SILVER ELMS CDO PLC, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> BANK OF AMERICA CORPORATION, *et al.*, <br><br> Defendants. | Lead Case No. 2:13-CV-3296-MRP (MANx) <br><br> Consolidated with Case Nos.: <br>     2:13-CV-03299-MRP (MANx) <br>     2:13-CV-03300-MRP (MANx) |

1  **WHEREAS**, the parties to the three above-captioned Actions (2:13-CV-3296
2  MRP (MANx), 2:13-CV-3299 MRP (MANx), and 2:13-CV-3300-MRP (MANx)) have
3  agreed to the dismissal of these Actions with prejudice;
4  **NOW, THEREFORE, IT IS HEREBY ORDERED**, in accordance
5  with the stipulation between the parties, that pursuant to Fed. R. Civ. P.
6  41(a)(1)(A)(ii), the Actions shall be, and hereby are, dismissed with
7  prejudice, with each party to bear its own costs.

SO ORDERED this 1st day of April, 2015.

*Mariana R. Pfaelzer*
_____
HON. MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE

-1-